UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                          )
                                )
ROBERT BONNER,                  )        CASE NO. 15-30232-HCD-13
DEBRA BONNER,                   )
        Debtors.                )


**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Wells Fargo Bank, N.A., Wells Fargo Dealer Services ("WFB"), by

counsel, objects to confirmation of the Chapter 13 Plan (the "Plan") filed by the

Debtors Robert and Debra Bonner (the "Debtors"). In support of this Objection,

WFB states as follows:

1.      On February 18, 2015 (the "Petition Date"), the above captioned

case was commenced pursuant to the Debtors' filing of a voluntary petition under

Chapter 13 of the United States Bankruptcy Code (11 U.S.C. § 101 et seq.,

hereinafter the "Bankruptcy Code").

2.      On June 30, 2011, the Debtors and WFB entered into a financing

contract (the "Contract") wherein WFB financed the Debtors' purchase of a2010

Ford Fusion, Vehicle Identification No. 3FAHP0HA5AR307232 (the "Vehicle"). A

true and complete copy of the Contract is attached hereto as Exhibit "1".

3.      The Contract grants WFB a security interest in the

Vehicle.

4.      WFB perfected its lien on the Vehicle by the notation of

its lien on the Certificate of Title for the Vehicle. A copy of the Certificate of Title

is attached hereto as Exhibit "2".

5.      The outstanding balance under the Contract is $12,930.11.

6.      On information and belief, the NADA retail value of the Vehicle is $11,850.00.

7.      The Plan fails to provide a set equal monthly payment that will amortize WFB's secured claim over the life of the Plan.

8.      The Plan fails to comply with the requirements of 11 U.S.C. §1325.

WHEREFORE, WFB respectfully requests that the Court deny confirmation of the Debtors' Plan and grant such further relief as is just and proper.

Respectfully Submitted:

Counsel for Wells Fargo Bank, N.A.,
Wells Fargo Dealer Services:

/s/ Karen L. Lobring
Karen L. Lobring #19226-49
Lobring & Associates L.L.P.
111166 S. 600 W.
Edinburgh, IN 46124
Phone: (812) 587-5305

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was served by first class United States mail, postage prepaid, or electronically, this 6th day of April, 2015, upon the following persons:

- Nancy J. Gargula USTPRegion10.SO.ECF@usdoj.gov
- Anita K. Gloyeski gloyeskilaw@embarqmail.com
- Debra L. Miller dmecf@trustee13.com

SPRINGLEAF FINANCIAL SERVICES
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Robert Allen Bonner
13248 South 100 West
Kokomo, IN  46901

Debra Lynn Bonner
13248 South 100 West
Kokomo, IN  46901

/s/ Karen L. Lobring

# Retail Installment Contract and Security Agreement

**Seller Name and Address**
DEFFAW CHEVROLET INC.
320 SAGAMORE PARKWAY SOUTH
LAFAYETTE IN 47905

**Summary**
Date 06/30/2012

☐ Business, commercial or agricultural purpose Contract.

## Truth-in-Lending Disclosures

| Annual Percentage Rate | Finance Charge | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit, including your down payment of $ |
| 12.49 % | 7477.31 | 17717.25 | 25194.56 | 25194.56 |

**Payment Schedule:** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 72 | 352.73 | MONTHLY BEGINNING 08/14/2012 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

**Security:** You are giving us a security interest in the Property purchased.

**Late Charge:** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of $ if 10. This amount fees change pursuant to Indiana law.

**Prepayment:** If you pay off this Contract early, you ☐ may ☐ will not have to pay a minimum Finance Charge.

**Contract Provisions:** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|
| 2010 FORD | FUSION | 4DR SDN SE FWD | | 44735 |
| ☐ New ☐ Used ☐ Demo | N/A | | | |

## Description of Trade-In
N/A

## Itemization of Amount Financed

| | | |
|---|---|---|
| a. Price of Vehicle | $ 14219.25 | |
| b. Service Contract paid to REPAIR ADVANTAGE | $ 1175.00 | |
| c. Cash Price (a+b) | $ 17414.25 | |
| d. Trade-in allowance | N/A | |
| e. Less: Amount owing paid to (shown in h) | N/A | |
| f. Net trade-in value of trade-in, enter $0 here and write N/A here | 0.00 | |
| g. Cash payment | N/A | |
| h. Manufacturer's rebate | N/A | |
| i. Deferred down payment | N/A | |
| j. Other down payment (describe) | N/A | |
| k. Down Payment (f+g+h+i+j) | 0.00 | |
| l. Unpaid balance of Cash Price (c-k) | 17414.25 | |
| m. Finance amount balance (see item l) | N/A | |
| n. Paid to public officials including filing fees | N/A | |
| o. Insurance premiums paid to insurance companies | N/A | |
| OLD REPUBLIC GAP | 208.00 | |
| N/A | N/A | |
| DOCUMENTARY FEE | 95.00 | |
| N/A | N/A | |
| N/A | N/A | |
| s. Total Other Charges/amounts Paid (m thru r) | 303.00 | |
| t. Prepaid Finance Charge | N/A | |
| u. Amount Financed (l+s+t) | 17717.25 | |

We may assign or receive a portion of any amounts paid to others.

## Signatures

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.

Notice to Buyer: 1. Do not sign this Contract before you read it or if it contains any blank spaces. 2. You are entitled to a completely filled-in copy of this Contract.




# STATE OF INDIANA
## CERTIFICATE OF TITLE FOR A VEHICLE

| MAKE | MODEL NAME | YEAR | VIN |
|---|---|---|---|
| FORD | · FUSION SE | 2010 | 3FAHP0HA5AR307232 |

| TITLE TYPE | FORMER TITLE/STATE | PURCHASE DATE | BODY TYPE |
|---|---|---|---|
| NORMAL | 11339125000013/IN | 06/30/12 | 4S |

| | USAGE TAX PAID | ISSUE DATE |
|---|---|---|
| | $1,057.00 | 07/31/12 |

**OWNER(S) NAME**

ROBERT ALLEN & DEBRA L BONNER
~~13248 S 100 W~~
~~KOKOMO IN 46901/6472~~

**ODOMETER/BRAND**
044775/ACTUAL

**MAILING ADDRESS**

WELLS FARGO DEALER SERVICES
PO BOX 997517
SACRAMENTO CA 958997517

**BRAND(S)**

SECOND LIENHOLDER

**ADDITIONAL OWNER(S)**
DEBRA L BONNER

**LIEN RELEASED BY:**

X _____

_____

**PRINTED NAME:**          **POSITION:**

**DATE:** _____

**FIRST LIENHOLDER**

WELLS FARGO DEALER SERVICES
PO BOX 997517
SACRAMENTO CA 958997517

**THIRD LIENHOLDER**

**LIEN RELEASED BY:**

X _____

**LIEN RELEASED BY:**

X _____

**PRINTED NAME:**          **POSITION:**

**DATE:** _____

**PRINTED NAME:**          **POSITION:**

**DATE:** _____

The Commissioner of the Bureau of Motor Vehicles, pursuant to the laws of the State of Indiana, certifies that the vehicle/watercraft has been duly titled and the owner of the described vehicle/watercraft is subject to the liens set forth

## INDIANA BUREAU OF MOTOR VEHICLES

### R. Scott Waddell, Commissioner

$\Sigma x h i b i t$ "2"

F18963?6

(1)

**TITLE NUMBER**
12784158000013

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS